## TOLDEN v. STATE.
### No. 23515.

Court of Criminal Appeals of Texas.
Dec. 11, 1946.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

The conviction is for unlawfully carrying a pistol. The punishment assessed is confinement in the county jail for a period of three months.

The complaint and information, as well as all other matters of procedure, appear to be in regular form. The record is before us without a statement of facts or bills of exception. Therefore, no question is presented for review.

The judgment of the trial court is affirmed.